UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| GRAHAM WEBB INTERNATIONAL LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>CLAIROL INCORPORATED,<br><br>Defendant. | ) | Civil Action No. 01-CU-252-PAM/562<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to Rule 41(a), Fed. R. Civ. P., the above-named parties hereby stipulate, through their undersigned counsel, that the claims and counterclaims in this action be dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

Dated: May 21, 2001

By [signature]
Alan G. Carlson (#14801)
Daniel W. McDonald (# 168580)
Kristina M. Foudray (#285420)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Telephone: (612) 332-5300
Fax: (612) 332-9081
Attorneys for Graham Webb International Limited Partnership

Dated: May 21, 2001

By [signature]
Peter Lancaster (#159840)
Dorsey & Whitney LLP
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-7811
Fax: (612) 340-8856
Attorney for Defendant,
Clairol Incorporated

FILED MAY 24 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO ORDERED.

Dated: May 23, 2001

BY THE COURT:

Honorable Paul A. Magnuson
United States District Court Judge